**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

S.O.L.; M.R.G., through her LGAL, D.R.D.,
for themselves and those similarly situated;
and Legal Counsel for Youth and Children,

                  Plaintiffs,

    vs.

WASHINGTON STATE DEPARTMENT
OF CHILDREN, YOUTH & FAMILIES;
TANA SENN, Secretary of the Washington
State Department of Children, Youth &
Families, in her official capacity; and
STATE OF WASHINGTON,

                  Defendants.

No. 2:26-cv-01622-JHC

**STIPULATED ORDER TO REMAND**

STIPULATED ORDER TO REMAND
No. 2:26-cv-01622-RSL

Page 1

Plaintiffs S.O.L., et al. ("Plaintiffs") and Defendants Washington State Department of Children, Youth & Families, et al. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to remand this action to King County Superior Court as follows:

**WHEREAS**, Plaintiffs commenced this action in King County Superior Court on May 4, 2026;

**WHEREAS**, Defendants removed the action to this Court on May 13, 2026 pursuant to 28 U.S.C. §§ 1331 and 1441, due to the existence of federal question jurisdiction at the time of removal;

**WHEREAS**, on May 22, 2026, Plaintiffs filed a First Amended Complaint eliminating their only federal cause of action and asserting only claims arising under Washington law;

**WHEREAS**, as a result of the amendment, no independent basis for federal subject-matter jurisdiction remains;

**WHEREAS**, Defendants agree that remand is appropriate and that the Court should not rule on any pending motions given the absence of subject-matter jurisdiction;

**WHEREAS**, the Parties agree that this action should be remanded to King County Superior Court for further proceedings.

**THEREFORE, IT IS STIPULATED AND AGREED** that this action shall be remanded to the Superior Court of the State of Washington for King County.

Dated: June 12, 2026          Respectfully submitted,

_/s/_ Alexander G. Dietz
Alexander G. Dietz, WSBA No. 54842
PFAU COCHRAN VERTETIS AMALA, PLLC
909 A Street, Suite 700
Tacoma, WA 98402
253-777-0799
adietz@pcvalaw.com

CHILDREN'S RIGHTS

STIPULATED ORDER TO REMAND
No. 2:26-cv-01622-RSL

Page 2

Leecia Welch, WSBA No. 26590
2021 Fillmore Street
San Francisco, CA 94115
415-602-5202
lwelch@childrensrights.org

*Attorneys for Plaintiffs*

/s/ Alex Campbell
ALIX R. CAMPBELL, WSBA No. 50960
REBEKAH FLETCHER, WSBA No. 40129
DAVID SHEAFFER, WSBA No. 63214
Assistant Attorneys General
Office of the Attorney General
P.O. Box 40141 Olympia, WA 98504-0141
Alix.Campbell@atg.wa.gov
Rebekah.Fletcher@atg.wa.gov
David.Sheaffer@atg.wa.gov 360-709-4845

*Attorneys for Defendants*

STIPULATED ORDER TO REMAND
No. 2:26-cv-01622-RSL

**<u>ORDER</u>**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.  As this matter is being remanded, the Court DIRECTS the Clerk to terminate the pending motions in this matter.

DATED this 15th day of June, 2025.

_John H. Chun_
John H. Chun
United States District Judge

STIPULATED ORDER TO REMAND
No. 2:26-cv-01622-RSL

Page 4